# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

BOSE OGBEBOR and ALICE OMORGIE,

                                    Plaintiff,

          v.                                              Civil Action No. 3:16-cv-03400-FLW-
                                                          DEA
J.P. MORGAN CHASE BANK, N.A., M&T BANK,
and BAYVIEW LOAN SERVICING,                                        **ORDER**

                                    Defendants.

          AND NOW, this _12th_ day of _October_, 2018, upon consideration of the

Motion to Preclude Discovery filed by Defendants, M&T Bank and Bayview Loan Servicing, [dkt. 11]

and any response thereto, it is hereby ordered that Plaintiffs are barred from producing any

documentation at the trial of this matter that they have not already provided to counsel for

Defendants. _Depositions must proceed according to the schedule contained in the Letter Order filed on 10/10/18 [dkt. 42]._

                              BY THE COURT:

                              _____
                                       USMJ

_The Discovery period in this case was previously extended on two occasions [dkt. nos. 38 & 42] at the request of Plaintiffs. No further extensions will be permitted._